

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 2 OF KAUFMAN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 23rd day of March, 2018, the cause on appeal to revise or reverse the judgment between

BEVERLY SCOTT, Appellant

No. 05-17-01312-CV      V.

RAND PARTNERS, L.P., REUNION TITLE, NATHAN ALLEN, JR., TOM HENDERSON ESTATE, JAMES WIMBERLY, DONNA WIMBERLY LATTIMER, JAMES TENOLA WHITE A/K/A ROGER HENDERSON, EARLINE HENDERSON, GORDON HENDERSON, JUREL HENDERSON SPENCER, ARTHUR LEE HENDERSON, CHERRYLYN HART WILSON, DONALD RAY HART, MARY HENDERSON CLARK, LOIS HENDERSON JACKSON, ROBERT SMITH, JERRE GIBBS, HENRY S. MILLER COMMERCIAL, AND WALGREENS, Appellees

On Appeal from the County Court at Law No. 2, Kaufman County, Texas
Trial Court Cause No. 93964-CC2.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees RAND PARTNERS, L.P., REUNION TITLE, NATHAN ALLEN, JR., TOM HENDERSON ESTATE, JAMES WIMBERLY, DONNA WIMBERLY LATTIMER, JAMES TENOLA WHITE A/K/A ROGER HENDERSON, EARLINE HENDERSON, GORDON HENDERSON, JUREL HENDERSON SPENCER, ARTHUR LEE

HENDERSON, CHERRYLYN HART WILSON, DONALD RAY HART, MARY HENDERSON CLARK, LOIS HENDERSON JACKSON, ROBERT SMITH, JERRE GIBBS, HENRY S. MILLER COMMERCIAL, AND WALGREENS recover their costs of this appeal from appellant BEVERLY SCOTT.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 5th day of June, 2018.

LISA MATZ, Clerk